Clerk, Court of Crim. App.
of Texas
P.O. Box 12308
Austin, TX. 78711

Steve Vic Parker #01680866
-AKA- Jerry Wilson #590690
Holliday Unit T.D.C.J.
295 IH-45 N.
Huntsville, TX. 77320

22,317-20

Date: December 29th 2014

C.C.A. No.# WR-22-317-20
Cause No.# 2010-447-C10

RE: Correction of T.D.C.J.I.D. No.# 01680866

Dear Clerk,

Please find Enclosed One(1) Original Affidavit to the Justices of this Honorable Court of Appeals to Clarify And Correct A small Clerical Error. On my most Recent Affidavit's And Response to the Trial Courts Deficient Answer, I mistakenly place the wrong T.D.C.J.I.D. No.# on these specific Documents.

Therefore with my letter to your Office today is to Respectfully Ask for the Clerk's Assistance to clear this matter to the Courts.

your Professional Attention A prompt Response will be Appreciated. Thank You ...

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk

#01680866
Steve Vic Parker
-AKA- Jerry Wilson #590690
Applicant

cc:#01
Cover letter

P. 1 of 1

State of Texas
County of Walker

## Sworn Affidavit

My name is Steve Vic Parker -AKA- Jerry Wilson, T.D.C.J.I.D. No.# 01680866 And I.D. No.# 590690. I am over (21) twenty one years of Age, of sound mind, capable of making this Affidavit. My TX. CIO No.# is 02891217. I Am the Applicant/Releasee/Affiant And I am personally Acquainted with the Facts here-in Stated.

This Affidavit is to Clarify And Correct A Clerical Error made by the Applicant on his (5) five previouse Affidavit's, And provide the Court of Crim. App. with the Correct T.D.C.J.I.D. No.# for this Cause No.# 2010-447-C1D for Steve Vic Parker.

On December 15th 2010, And At the T.D.C.J.I.D. Courney Unit Intake Facility, I was Correctly Identified As Steve Vic Parker for Cause No.# 2010-447-C1D, And Correctly Issued And Assigned T.D.C.J.I.D. No.# 01680866.

## Declaration

I, Steve Vic Parker -AKA- Jerry Wilson, Affiant, do here-by Certify under penalty of perjury that the Above And foregoing Affidavit is True And Correct, And A true And correct copy has been served on the McLennan County Dist. Attorney Abel Reyna by placing same in the T.D.C.J. Holliday Unit's U.S. mail system Addressed to 501 Washington Ave "Courthouse Annex" Waco, TX. 76701, On this the 29th, day of December 2014, pursuant to 28 U.S.C. sec. 1746.

Steve Vic Parker #01680866

Jerry Wilson #590690
Affiant